Mike Bialka, appellee, v. Guy A. Richardson, as receiver of Chicago Railways Company et al., appellants. Gen. No. 36,777.

Opinion filed June 20, 1934. Rehearing denied July 9, 1934.
Weber, Miller, Deffenbaugh & Donovan, for appellants; John R. Guilliams, Frank L. Kriete and John E. Kehoe, of counsel. Lester L. Bauer and W. T. Schaeffer, for appellee; Lester L. Bauer and Abraham Miller, of counsel.
Mr. Presiding Justice Hall delivered the opinion of the court.

Dorfman & Rosen, Inc., appellee, v. A. Mirsky, appellant. Gen. No. 36,817.

Opinion filed June 20, 1934. Rehearing denied July 9, 1934.
Irwin N. Nason, for appellant; Edward N. Sherburne, of counsel. J. E. Yaffe, for appellee.
Mr. Presiding Justice Hall delivered the opinion of the court.

Joseph Mostako, defendant in error, v. J. V. Fincher, trading as Lindex Nash Sales and Earl Call, plaintiffs in error. Gen. No. 36,908.

Opinion filed June 20, 1934. Rehearing denied July 9, 1934.
Cassels, Potter & Bentley, for plaintiffs in error; Ralph F. Potter, Leslie H. Vogel and E. Douglas Schwantes, of counsel. Alfred Roy Hulbert, for defendant in error.
Mr. Presiding Justice Hall delivered the opinion of the court.